UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00381 ERW |
| ) | |
| CONTREZ JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Motion for Leave to Appeal In Forma Pauperis [doc. #127] by Defendant Contrez Jones. Upon review of Defendant Jones' financial affidavit, this Court finds Defendant does not have the financial inability to pay any portion of the filing fee and grants Defendant Jones' request on Appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #127] is **GRANTED**.

So Ordered this 23rd Day of May, 2007.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**